**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PREBLE – RISH HAITI, S.A.,** | § | |
| | § | |
| **Garnishor,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AMERICAN AIRLINES, INC.** | § | **C.A. No. ________________** |
| | § | |
| **Garnishee,** | § | |
| __________________________________ | § | |
| | § | |
| **REPUBLIC OF HAITI and BUREAU DE MONÉTISATION DES PROGRAMMES D'AIDE AU DÉVELOPPEMENT,** | § § § | |
| | § | |
| **Judgment-Debtors.** | § | |

**AFFIDAVIT OF KEITH B. LETOURNEAU**

Before me, the undersigned notary, on this day personally appeared Keith B. Letourneau, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. My name is Keith B. Letourneau. I am over 18 years of age, of sound mind, have never been convicted of a felony, and am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney, duly licensed in Texas, and currently represent Preble-Rish Haiti, S.A. ("PRH"), the Plaintiff/Garnishor in the above-styled and numbered cause.

3. On February 3, 2022, in the cause styled *Preble-Rish Haiti S.A. v. Republic of Haiti and Bureau Des Monétisation De Programmes D'aide Au Développement*, Civil Action No. 1:21-cv-6704, in the Southern District of New York, judgment was rendered in favor of PRH against

Republic of Haiti and Bureau De Monétisation Des Programmes D'aide Au Développement (collectively, "Judgment-Debtors").

4. Pursuant to the Partial Final Arbitration Award confirmed into the Judgment at issue, Judgment-Debtors were directed to post the amount of $23,043,429.79 as security pending completion of New York Arbitration.

5. This Judgment is valid and subsisting, and it is wholly unsatisfied.

6. The district court for the Southern District of New York granted PRH leave to immediately register the judgment for good cause shown in the Southern District of Texas before the automatic stay expired. The automatic stay has now lapsed and the judgment is fully enforceable.

7. Within PRH's and my knowledge, Judgment-Debtors do not possess property in Texas subject to execution sufficient to satisfy the judgment.

Further, Affiant sayeth not.

[signature]
Keith B. Letourneau

SUBSCRIBED and SWORN TO BEFORE ME on this 7 day of July, 2022, to certify which, witness my hand and seal of office.

SYLVIA MARTINEZ
NOTARY PUBLIC
ID# 4557562
State of Texas
Comm. Exp. 09-26-2025

[signature]
Notary Public in and for
the State of Texas

My commission expires: 9/26/2025