**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PREBLE – RISH HAITI, S.A.,** | § | |
| | § | |
| **Garnishor,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AMERICAN AIRLINES, INC.** | § | **C.A. No. 4:22-cv-627** |
| | § | |
| **Garnishee,** | § | |
| ______________________________ | § | |
| | § | |
| **REPUBLIC OF HAITI and BUREAU DE MONÉTISATION DES PROGRAMMES D'AIDE AU DÉVELOPPEMENT,** | § § § | |
| | § | |
| **Judgment-Debtors.** | § | |

**ORDER ON APPLICATION FOR WRIT OF GARNISHMENT**

Before the Court is an Application for Writ of Garnishment and Turnover Order filed by Garnishor Preble-Rish Haiti, S.A. ("PRH"). Dkt. 1. PRH seeks to enforce a judgment issued by the United States District Court for the Southern District of New York in Civil Action No. 1:21-cv-6704, and subsequently recorded in the Northern District of Texas, against Judgment-Debtors Republic of Haiti and Bureau De Monétisation Des Programmes D'aide Au Développement. Specifically, the judgment confirms and recognizes a Partial Final Arbitration Award issued by a New York Arbitration Panel directing Republic of Haiti and Bureau De Monétisation Des Programmes D'aide Au Développement to post security in the amount of $23,043,429.79 in connection with the pending arbitration proceeding between them and PRH. PRH seeks to enforce the judgment by garnishing assets of Judgment-Debtors held by Garnishee American Airlines, Inc, and by requiring Garnishee to turn over any such assets it holds to the Court's registry.

The Court finds that PRH holds a valid, subsisting judgment, and that PRH has submitted an affidavit from Keith B. Letourneau, its attorney, stating that within PRH's knowledge, Judgment-Debtors "do not possess property in Texas subject to execution sufficient to satisfy the judgment." PRH's Application further notes that the judgment is wholly unsatisfied.

The Court therefore finds that PRH's Application, together with its affidavit, meets the requirements for a Writ under Federal Rules of Civil Procedure 70 and 71 and relevant Texas law. See Tex. Civ. Prac. & Rem. Code §§ 31.002 and 63.001. Accordingly, PRH's Application is **GRANTED** and the Court **ORDERS** that the Writ and Turnover Order appended to this Order shall issue. Garnishor must serve the Writ and Turnover Order on the Garnishee and Judgment-Debtors in compliance with relevant law, with service to be performed by the U.S. Marshals Service.

It is further **ORDERED** that the value of property or indebtedness that may be garnished in total from Garnishee is $23,043,429.79.

It is further **ORDERED** that pursuant to Texas Rule of Civil Procedure 664, Judgment-Debtors have a right to regain possession of the property by filing a replevy bond and a right to seek to regain possession of the property by filing with this Court a motion to dissolve this Writ.

SIGNED at Fort Worth, Texas, this _______ day of ______________, 2022.

____________________________________
UNITED STATES DISTRICT JUDGE