**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PREBLE – RISH HAITI, S.A.,** | § | |
| | § | |
| **Garnishor,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AMERICAN AIRLINES, INC.** | § | **C.A. No. 4:22-cv-627** |
| | § | |
| **Garnishee,** | § | |
| | § | |
| | § | |
| **REPUBLIC OF HAITI and BUREAU DE MONÉTISATION DES PROGRAMMES D'AIDE AU DÉVELOPPEMENT,** | § | |
| | § | |
| **Judgment-Debtors.** | § | |

**WRIT OF GARNISHMENT AND**
**ORDER DIRECTING GARNISHEE TO TURN OVER ASSETS**

To American Airlines, Inc, Garnishee:

On February 3, 2022, the United States District Court for the Southern District of New York issued a judgment in favor of Garnishor Preble-Rish Haiti, S.A. ("PRH") and against Judgment-Debtors Republic of Haiti and Bureau De Monétisation Des Programmes D'aide Au Développement in Civil Action No. 1:21-cv-6704, styled *Preble-Rish Haiti S.A. v. Republic of Haiti and Bureau De Monétisation Des Programmes D'aide Au Développement*. That judgment was the confirmation and recognition of a Partial Final Arbitration Award issued by a New York Arbitration Panel directing Republic of Haiti and Bureau De Monétisation Des Programmes D'aide Au Développement to post security in the amount of $23,043,429.79 in connection with the pending arbitration proceeding between them and PRH. This Judgment is valid and subsisting, and it is wholly unsatisfied. On July 21, 2022, PRH registered the judgment in the Northern

District of Texas.

PRH has properly sought this Writ of Garnishment against you, American Airlines, Inc. Accordingly, within 21 days after you are served with this Writ, you are **ORDERED** to file an answer with this Court and serve a copy of said answer on PRH.

In your answer, you must state under oath: (1) what, if anything, you are indebted to Judgment-Debtors Republic of Haiti and/or Bureau De Monétisation Des Programmes D'aide Au Développement, and were when this Writ was served upon you; (2) what effects, if any, of Judgment-Debtors you have in your possession and had when this Writ was served; and (3) what other persons, if any, within your knowledge, are indebted to Judgment-Debtors or have effects belonging to Judgment-Debtors in their possession.

To the extent American Airlines, Inc. holds funds, credits or other assets belonging to or attributable to Judgment-Debtors Republic of Haiti and/or Bureau De Monétisation Des Programmes D'aide Au Développement, you are further **ORDERED** to deposit these assets, up to the maximum value of property or indebtedness that may be garnished, which here amounts to $23,043,429.79, into the Registry of the Court within 21 days after you file your answer to this Writ.

You are further **ORDERED** not to pay to Judgment-Debtors any debt or to deliver to them any effects, pending further order of this Court, without first retaining property in an amount sufficient to satisfy and equal the maximum value of property or indebtedness that may be garnished, which here amounts to $23,043,429.79. You are further **ORDERED** to promptly advise both the Court and PRH of any such property retained in this way.

SIGNED at Fort Worth, Texas, this _______ day of ___________________, 2022.

____________________________________
UNITED STATES DISTRICT JUDGE